ACCEPTED
04-15-00259-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/28/2015 4:17:35 PM
KEITH HOTTLE
CLERK

| Appellate Docket Number: | 04-15-00259-CV |
|---|---|
| Appellate Case Style: | City of San Antonio |
| Vs. | Roxana Tenorio, Individually and on behalf of Pedro Tenorio, Deceased |
| Companion Case No.: | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/28/2015 4:17:35 PM
KEITH E. HOTTLE
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 4th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: City of San Antonio | First Name: Daniel |
| First Name: | Middle Name: V |
| Middle Name: | Last Name: Pozza |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Law Offices of Dan Pozza |
| Pro Se: ○ | Address 1: 239 E. Commerce |
| | Address 2: |
| | City: San Antonio |
| | State: Texas   Zip+4: 78205 |
| | Telephone: 210-226-8888   ext. |
| | Fax: 210-222-8477 |
| | Email: danpozza@yahoo.com |
| | SBN: 16224800 |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: City of San Antonio | First Name: Michael |
| First Name: | Middle Name: David |
| Middle Name: | Last Name: Siemer |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: City of San Antonio, City Attorney's Office |
| Pro Se: ○ | Address 1: 111 Soledad, 10th floor |
| | Address 2: |

| | City: San Antonio |
|---|---|
| | State: Texas    Zip+4: 78205 |
| | Telephone: 210-207-8784    ext. |
| | Fax: 210-207-4357 |
| | Email: michael.siemer@sanantonio.gov |
| | SBN: 18343670 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☒ Person   ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Joe |
| First Name: Roxana | Middle Name: Brad |
| Middle Name: | Last Name: Brock |
| Last Name: Tenorio | Suffix: |
| Suffix: | Law Firm Name: Law Office of Joe Brad Brock |
| Pro Se: ◯ | Address 1: 5866 S. Staples, Suite 103 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78413 |
| | Telephone: 361-884-1086    ext. |
| | Fax: 361-884-8446 |
| | Email: joebrad@thebrocklawfirm.com |
| | SBN: 03040830 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Governmental Immunity

Date order or judgment signed: April 20, 2015    Type of judgment: Interlocutory Order

Date notice of appeal filed in trial court: April 28, 2015

If mailed to the trial court clerk, also give the date mailed: April 28, 2015

Interlocutory appeal of appealable order:  ☒ Yes  ☐ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

TEX CIV. PRAC & REM CODE ANN. SECTION 51.014(a)(8)

Accelerated appeal (See TRAP 28):  ☒ Yes  ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:
TRAP 28.1

Parental Termination or Child Protection? (See TRAP 28.4):  ☐ Yes  ☒ No

Permissive? (See TRAP 28.3):  ☐ Yes  ☒ No

If yes, please specify statutory or other basis for such status:

Agreed?  (See TRAP 28.2):  ☐ Yes  ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule:  ☐ Yes  ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000?  ☐ Yes  ☒ No

Judgment or order disposes of all parties and issues:  ☐ Yes  ☒ No

Appeal from final judgment:  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?  ☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes  ☒ No | |
| Motion to Modify Judgment: | ☐ Yes  ☒ No | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes  ☒ No | |
| Motion to Reinstate: | ☐ Yes  ☒ No | |
| Motion under TRCP 306a: | ☐ Yes  ☒ No | |
| Other: | ☐ Yes  ☒ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

Affidavit filed in trial court:  ☐ Yes  ☒ No    If yes, date filed:

Contest filed in trial court:  ☐ Yes  ☐ No    If yes, date filed:

Date ruling on contest due:

Ruling on contest:  ☐ Sustained    ☐ Overruled    Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: _____     Bankruptcy Case Number: _____

## IX. Trial Court And Record

Court:  73rd Judicial District Court

County:  Bexar County

**Trial Court Docket Number (Cause No.):**  2014CI14704

Trial Judge (who tried or disposed of case):

First Name:  Stephani

Middle Name: _____

Last Name:  Walsh

Suffix: _____

Address 1:  100 Dolorosa

Address 2 : _____

City:  San Antonio

State:  Texas          Zip + 4:  78205

Telephone:  210-335-2507      ext. _____

Fax:  210-335-1317

Email:  stephani.walsh@bexar.org

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested:  April 22, 2015

If no, date it will be requested: _____

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes ☐ No

Was reporter's record requested?  ☒ Yes ☐ No

Was there a reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: April 22, 2015

If no, date it will be requested: _____

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

☒ Court Reporter      ☐ Court Recorder

☐ Official      ☐ Substitute

First Name:    Sharon

Middle Name:

Last Name:    McDonald

Suffix:

Address 1:    6838 Country Hill

Address 2:

City:    San Antonio

State:   Texas      Zip + 4:   78240

Telephone:   210-887-4477     ext.

Fax:

Email:   sherrimc777@aol.com

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☒ No     If yes, date filed:

Will file: ☐ Yes   ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?    ☐ Yes   ☐ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?     ☐ Yes   ☒ No

If no, please specify: The legal issue involved is difficult to mediate.

Has the case been through an ADR procedure?    ☐ Yes   ☒ No

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?    ☐ Pre-Trial    ☐ Post-Trial    ☐ Other

If other, please specify:

Type of case?    Governmental Immunity

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Governmental immunity based upon Plaintiff's failure to give notice

How was the case disposed of?    Other

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

If money judgment, what was the amount? Actual damages:    $0.00

Punitive (or similar) damages: $0.00

Attorney's fees (trial): $0.00

Attorney's fees (appellate): $0.00

Other: $0.00

If other, please specify:

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☒ No

Other basis for finality?

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☒ No

Can the parties agree on an appellate mediator? ☐ Yes ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|---|---|---|---|---|
| | | | | |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: Trial Court:

Style:

Vs.

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee.  If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees.  More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org.  If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you.  Accordingly, you should not forego seeking other counsel to represent you in this proceeding.  By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☒ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the  internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☒ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee.  Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org.  Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

_____

Signature of counsel (or pro se party)

Date: April 28, 2015

Printed Name: Daniel V. Pozza

State Bar No.: 16224800

Electronic Signature: /s/ Daniel V. Pozza
     (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  April 28, 2015  .

_____

Signature of counsel (or pro se party)  Electronic Signature: /s/ Daniel V. Pozza

(Optional)

State Bar No.:  16224800

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

      (1) the date and manner of service;

      (2) the name and address of each person served, and

      (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:  April 28, 2015

Manner Served: eServed

First Name:  Joe

Middle Name:  Brad

Last Name:  Brock

Suffix:

Law Firm Name: Law Offices of Joe Brad Brock

Address 1:  5866 S. Staples, Suite 103

Address 2:

City:  Corpus Christi

State  Texas  Zip+4:  78413

Telephone:  361-884-1086  ext.

Fax:  361-884-8446

Email:  joebrad@thebrocklawfirm.com

If Attorney, Representing Party's Name: Roxana Tenorio

**NO. 2014-CI-14704**

| | | |
|---|---|---|
| ROXANA TENORIO, | § | IN THE DISTRICT COURT |
| IDNIVIDUALLY AND ON BEHALF | § | |
| OF PEDRO TENORIO, DECEASED | § | |
| | § | |
| vs. | § | 73rd JUDICIAL DISTRICT |
| | § | |
| BENITO GARZA AND | § | |
| CITY OF SAN ANTONIO | § | BEXAR COUNTY, TEXAS |

<u>**CITY OF SAN ANTONIO'S NOTICE OF APPEAL**</u>

Defendant, City of San Antonio ("COSA"), desires to appeal from the Order Denying Defendant, City of San Antonio's Plea to the Jurisdiction signed by the Honorable Stephani Walsh, Presiding Judge of the 45th Judicial District Court of Bexar County, on April 20, 2015.

**I.**

COSA appeals to the Fourth Court of Appeals.

**II.**

The appeal of this case is an accelerated appeal.

**III.**

Attached to this Notice is the interlocutory order from which COSA files this appeal.

Respectfully submitted,

CITY OF SAN ANTONIO
Martha G. Sepeda, Acting City Attorney
State Bar No. 13143100
Michael D. Siemer, Assistant City Attorney
State Bar No. 18343670
Office of the City Attorney
Litigation Division
111 Soledad Street, 10th Floor
San Antonio, TX 78205
(210) 207-8784 – Phone
(210) 207-4357 – Fax

---

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com

/s/Dan Pozza
State Bar No. 16224800

**Attorneys for Defendant, City of San Antonio**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *City of San Antonio's Notice of Appeal* was forwarded via e-mail transmission on the 28th day of April, 2015, to:

Joe Brad Brock
Law Office of Joe Brad Brock
5866 S. Staples, Suite 103
Corpus Christi, TX 78413
joebrad@thebrocklawfirm.com

/s/Dan Pozza

No. 2014CI14704

| ROXANA TENORIO, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND ON BEHALF OF PEDRO | | |
| TENORIO, DECEASED | | |
| | § | |
| V. | § | 73RD JUDICIAL DISTRICT |
| | § | |
| BENITO GARZA AND CITY OF SAN | § | |
| ANTONIO | § | BEXAR COUNTY, TEXAS |

## ORDER DENYING DEFENDANT, CITY OF SAN ANTONIO'S PLEA TO THE JURISDICTION

On this date came on to be heard Defendant CITY OF SAN ANTONIO'S Plea to the Jurisdiction. The Plaintiff and the Defendant appeared by and through counsel, and after considering the City of San Antonio's Plea to the Jurisdiction, the pleadings on file and the argument of counsel, the Court finds the Defendant, City of San Antonio's Plea to the Jurisdiction should be in all things DENIED.

Accordingly, it is Ordered, Adjudged, and Decreed that Defendant, City of San Antonio's, Plea to the Jurisdiction is DENIED.

SIGNED AND ENTERED this 20 day of March APRIL, 2015.

_____
PRESIDING JUDGE

**APPROVED AS TO FORM ONLY:**

CITY OF SAN ANTONIO
Martha G. Sepeda, Acting City Attorney
SBN: 13143100
Office of the City Attorney
Litigation Division
111 Soledad St., 10th Floor
San Antonio, TX 78205

_____
Michael D. Siemer
Assistant City Attorney
SBN: 18343670
(210) 207-8784 / (210) 207-4357 FAX
*Attorney for Defendant, City of San Antonio*

Law Office of Joe Brad Brock
5866 S. Staples, Suite 103
Corpus Christi, Texas 78413

_____
Joe Brad Brock
*Attorney for Plaintiff*
SBN:

Print this page

# Case # 2014CI14704

**Case Information**

| | |
|---|---|
| Location | Bexar County - District Clerk |
| Date Filed | 04/28/2015 08:03:12 AM |
| Case Number | 2014CI14704 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Michael Siemer |
| Firm Name | San Antonio City Attorney's Office |
| Filed By | Barbara Wagner |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

**Payment**

| | |
|---|---|
| Account Name | Waiver |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |
| Order # | |

---

**Notice of Appeal**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Notice of Appeal |
| Filing Description | City of San Antonio's Notice of Appeal |
| Reference Number | |
| Comments | City of San Antonio's Notice of Appeal |
| Courtesy Copies | barbara.wagner@sanantonio.gov, danpozza@yahoo.com |
| Status | Submitted |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

*Lead Document*                    Notice of Appeal (7).pdf                                    [Original]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Joe Brad Brock joebrad@thebrocklawfirm.com | | EServe | Sent | Yes | 04/28/2015 08:54:55 AM |
| Martin J. Navarro marty@fnwlawfirm.com | Frey, Navarro & Whorton, PLLC | EServe | Sent | Yes | Not Opened |
| Michael D. Siemer michael.siemer@sanantonio.gov | San Antonio City Attorney's Office | EServe | Sent | Yes | 04/28/2015 08:11:26 AM |
| Elizabeth Smith esmith@thebrocklawfirm.com | Law Office of Joe Brad Brock | EServe | Sent | Yes | Not Opened |

04-15-00259-CV



**ALTERNATIVE DISPUTE RESOLUTION ADDENDUM TO CIVIL DOCKETING STATEMENT**
**FOURTH COURT OF APPEALS**

Addendum Filing Due Date: **APRIL 28, 2015**_____

Court of Appeals No**.**  _____

Trial Court Case No.  2014-CI-14704_____

Trial Court Style:  Roxana Tenorio, Individually and on Behalf of Pedro Tenorio, Deceased v. Benito Garza and City of San Antonio

1.  Was this case mediated at the trial court level?  □ Yes  X No

2.  If yes, who was the mediator? N/A

3.  State briefly the type of case and issues on appeal (e.g., breach of contract, divorce, oil and gas): Governmental immunity, lack of actual notice under the Tort Claims Act

4.  Do you believe mediation would be a beneficial tool in the resolution of this appeal?

□ Yes  X No  □ Willing to mediate if ordered by the Court.

5.  If your answer to #4 above is no, please explain:

The legal issue involved is not readily subject to mediation

6.  If this appeal is ordered to mediation, do you have a preferred mediator?  NO
If so, state mediator's name, address, and telephone number: N/A

Signature: /s/Dan Pozza  Date: April 28, 2015

Type name and TBN:  Daniel V. Pozza, 16224800

Attorney of Record for:  City of San  Antonio